IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| POLYMER SOLVENTS, LLC | § § | |
| Plaintiff, | § § | |
| vs. | § § § | Case No. 2:07-cv-049-DF |
| PPG INDUSTRIES, INC. and BASF CORPORATION | § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

## ORDER

Came on for consideration Robert Christopher Bunt's unopposed motion to withdraw as counsel for Defendant BASF Corporation. After considering said motion, the Court is of the opinion that the motion should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that Robert Christopher Bunt is hereby given permission to withdraw as attorney of record for Defendant BASF Corporation. The Clerk is further ordered to terminate Mr. Bunt from receiving future notices of e-filings.

**SIGNED this 16th day of April, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE