IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| POLYMER SOLVENTS, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PPG INDUSTRIES, INC. and BASF CORPORATION,<br><br>　　　　Defendants. | Civil Action No. 2-07-CV-049 DF<br><br>Jury Demanded |

ORDER

BEFORE the Court is the Unopposed Motion to Extend the Deadline to Comply with Patent Rules 3-1 and 3-2. The Court, having considered the motion, finds it well taken and therefore, it is hereby ORDERED, that Plaintiff shall be permitted to comply with Patent Rules 3-1 and 3-2 by August 24, 2007.

　　　　SIGNED this 23rd day of August, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　DAVID FOLSOM
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE