IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| POLYMER SOLVENTS, LLC | § § | |
| *Plaintiff*, | § § | |
| vs. | § | Case No. 2-07CV-00049-DF |
| PPG INDUSTRIES, INC. *et al* | § § § | |
| *Defendants*. | § § | |

**ORDER OF DISMISSAL WITH PREJUDICE
OF DEFENDANT PPG CORPORATION**

Pursuant to Fed. R. Civ. P. 41(a)(1), and as a result of an agreement reached between plaintiff Polymer Solvents, LLC ("Polymer Solvents") and defendant PPG Industries, Inc. ("PPG"), IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to Fed. R. Civ. P. 41, all claims and counterclaims of Plaintiff Polymer Solvents and defendant PPG are hereby dismissed with prejudice.

2. Polymer Solvents and PPG shall bear its own costs and attorneys' fees.

3. The Court shall retain jurisdiction over this matter to insure that the terms and conditions of the parties' settlement agreement are honored and enforced.

**SIGNED this 5th day of October, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE